# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| | |
|---|---|
| United States of America<br>v.<br>CODY NOEL BEASLEY<br><br>Defendant(s) | )<br>)<br>)  Case No. 2:22-MJ-88<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __DECEMBER 16, 2021__ in the county of __Franklin__ in the __Southern__ District of __Ohio__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| TITLE 18 U.S.C. 1344(2) | BANK FRAUD |

This criminal complaint is based on these facts:
See Attached Affidavit

☑ Continued on the attached sheet.

_Timothy D. McCall_
Complainant's signature

T.D. McCall, U.S. Postal Inspector
Printed name and title

Sworn to before me and signed in my presence. VIA FACETIME

Date: 2/11/2022

_Elizabeth A. Preston Deavers_
Judge's signature

City and state: Columbus, OH

Elizabeth A. Preston Deavers, U.S. Magistrate Judge
Printed name and title

## AFFIDAVIT TO CRIMINAL COMPLAINT AGAINST CODY NOEL BEASLEY

I, Timothy D. McCall, being duly sworn, depose and state as follows:

1. I am a U.S. Postal Inspector with the U.S. Postal Inspection Service and have been so employed since August 2015. I am a sworn federal law enforcement officer empowered to investigate criminal activity involving or relating to the United States Postal Service (USPS) and/or U.S. Mail. The crimes investigated include those such as theft, burglary, counterfeiting, robbery, assault, homicide, dangerous mailings, narcotics, identity theft, and fraud. I received initial training for these types of investigations through the U. S. Postal Inspection Service, Basic Inspector Training (BIT). I have received additional on the job training for each of those areas. I am familiar with the processes and mechanisms utilized to alter, forge, and make counterfeit currency and negotiable instruments. I was previously a Federal Agent with the U.S. Department of Energy/National Nuclear Security Administration for 10 years, sworn to enforce federal laws. I also served as a local police officer for five years, enforcing state laws, local ordinances, and conducting preliminary investigations, including fraud investigations. I received further experience through a Bachelor of Interdisciplinary studies with a Cognate in Criminal Justice and Minor in Strategic Intelligence.

### Introduction

2. The information contained within this affidavit is based upon information I have gained from my investigation, my personal observations, my training and experience, and/or information relayed to me by other Postal Inspectors, and law enforcement officers and/or agents. Since this affidavit is being submitted for the limited purpose of securing an arrest warrant, I have not included each and every fact known to me concerning this investigation. I have set forth only the facts that I believe are necessary to establish probable cause to believe that **Cody Noel Beasley** (hereinafter **Beasley**) committed violations of bank fraud, Title 18 U.S.C. Section 1344(2).

### Background

3. The U.S. Postal Inspection Service is conducting an investigation involving the break-in of U.S. Postal Service collection boxes. The investigation revolves around financial instruments such as business checks, personal checks, and money orders being stolen from the collection boxes. The financial instruments are then cashed in either personal bank accounts or at check cashing facilities and financial institutions throughout Ohio, as well as other states. On some occasions, counterfeit checks, money orders, and currency are also created to further the scheme.

1

**Facts Establishing Probable Cause**

4. On or about December 20, 2021, "DP" filed a report with the Brooklyn, Ohio Police that check number 1370, written on her personal Third Federal Savings and Loan in the amount of $2,389.97 and payable to Chase Visa, had been stolen from the U.S. Mail and fraudulently cashed on or about December 17, 2021. DP reported that the check had been altered to the amount of "$8389.97" and the payee altered to "Brianna Brown - Avilla."



5. On or about December 16, 2021, **Beasley** is seen on Huntington National Bank (hereinafter HNB) ATM surveillance video, located at 2607 London-Grove Port Rd., Grove City, OH 43123, depositing the above-mentioned check into the personal HNB account of Brianna L. Brown-Avilla. The video also shows **Beasley** holding other checks that appear to be whited out with names written over them.



2





6. Beasley is currently on Federal Probation for Conspiracy to Commit Bank Fraud, Bank Fraud, and Possession of Stolen Mail, respectively in violation of 18 U.S.C. 1349, 1344, and 1708.

## Conclusion

7. Based on the information contained herein, I maintain that there is probable cause to believe **Cody Noel Beasley** did commit bank fraud in violation of Title 18 U.S.C. Section 1344(2).

*[signature]*

Timothy D. McCall
U.S. Postal Inspector

Sworn to before me, and subscribed in my presence, on this 11th day of February 2022, at Columbus, Ohio.

*[signature and seal]*

The Honorable Elizabeth A. Preston Deavers
United States Magistrate Judge
Southern District of Ohio