# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION AT COLUMBUS

**United States of America**

**-vs-**  Case No.  2:22-mj-88

**Cody Noel Beasley**

## COURTROOM MINUTES

| JUDGE: | Elizabeth A. Preston Deavers | DATE AND TIME: | Feb. 15, 2022 At 11:30 AM |
|---|---|---|---|
| DEPUTY CLERK: | Sherry Nichols | COUNSEL FOR GOVT: | Liz Geraghty |
| RECORD: | CourtSmart | COUNSEL FOR DEFT(S). | George Chaney |
| INTERPRETER: | | Pretrial/Probation | Levita Vazquez-Villa |
| | | | |

Initial Appearance

-Dft consents to hearing being held via video (COVID 19)
-CJA financial affidavit completed; Counsel appointed
-Dft advised of rights, charges, and potential penalties
-Govt moves for detention; motion granted
-Detention Hearing set for Feb. 18, 2022 at 11:00 AM
-Preliminary Hearing set for Feb 28, 2022 at 11:00 AM
-Govt advised of Due Process Protections Act Order
-Dft remanded to custody of USMS